UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE NORGLE**

**MAGISTRATE JUDGE COLE**

| UNITED STATES OF AMERICA | **08CR 368** |
|---|---|
| v.<br>JUAN RIVERA-CASILLAS | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about April 3, 2008, at DuPage County, Illinois, in the Northern District of Illinois, Eastern Division,

JUAN RIVERA-CASILLAS

defendant herein, an alien who previously had been deported and removed from the United States on or about April 20, 2001, on or about June 25, 2004, and on or about February 8, 2008, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED

MAY - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT