**08CR 368**

**FILED**

MAY - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JUDGE NORGLE**

**MAGISTRATE JUDGE COLE**

Felony

CR 4

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO ☒ YES ☐

6) What level of offense is this indictment or information? FELONY ☒ MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO ☒ YES ☐

8) Does this indictment or information include a conspiracy count? NO ☒ YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .......... (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances .. (III) |
| ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses .. (IV) |
| ☐ Bank robbery ........ (II) | ☐ Other Fraud .......... (III) | ☒ Immigration Laws .......... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault ............ (III) | ☐ Forgery .......... (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary .......... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act .......... (IV) |
| ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail .......... (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes .......... (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

8 USC § 1326(a) and (b)(2)

Assistant United States Attorney

(Revised 12/99)