## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 368 | **DATE** | 5/15/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JUAN RIVERA CASILLAS | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty as to all counts. 16.1 conference to be held within ten days. Pretrial motions are due on 7/2/2008. Status hearing is set for 7/2/2008 at 10:00 a.m. Time is excluded until 7/2/2008. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | EF |
|---|---|---|