# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 368 | **DATE** | 8/20/2008 |
| **CASE TITLE** | United States of America vs. Juan Rivera Casillas | | |

**DOCKET ENTRY TEXT**

Defendant withdraws his plea of not guilty and enters a plea of guilty as charged in the indictment. Defendant is informed of his rights. Judgment of guilty is entered on the plea. Case is referred to the probation department for a presentence investigation. Sentencing is set for 11/13/2008 at 10:00 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | EF |
|---|---|---|

Case 1:08-cr-00368　Document 8　Filed 08/20/2008　Page 1 of 1

08CR368 United States of America vs. Rivera Casillas　　　　　　　　　　Page 1 of 1